# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL GRAHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>WRIGHT,<br><br>        Defendant. | Case No.: 1:22-cv-00504-BAM (PC)<br><br>ORDER DENYING *IN FORMA PAUPERIS APPLICATION* WITHOUT PREJUDICE (ECF No. 2)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN **THIRTY (30) DAYS** |

    Plaintiff Raphael Graham ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on April 28, 2022, (ECF No. 1), together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 2).

    Plaintiff's application to proceed *in forma pauperis* is incomplete. Although Plaintiff has signed the motion, Plaintiff has failed to submit the first page of the form or a certified copy of his trust account statement, and has failed to have the institution complete the certification portion of the application. Plaintiff must submit a completed form and a certified copy of his trust account statement if he wishes for the application to be considered.

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $402.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **May 2, 2022**            /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE