# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL GRAHAM,<br><br>             Plaintiff,<br><br>     v.<br><br>WRIGHT,<br><br>             Defendant. | Case No. 1:22-cv-00504-ADA-BAM (PC)<br><br>ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF RE: REQUEST FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE OF PROCESS<br><br>(ECF No. 18)<br><br>**Waivers of Service of Process Due: December 16, 2022** |

Plaintiff Raphael Graham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Wright for violation of the Fourth Amendment for conducting the second strip search with an activated body camera, exposing Plaintiff's genitals on camera, and for retaliation in violation of the First Amendment.

On October 5, 2022, the Court ordered electronic service on Defendant Wright and directed the California Department of Corrections and Rehabilitation ("CDCR") to file a Notice of E-Service Waiver advising the Court which defendant(s) would be waiving service of process without the need for personal service. (ECF No. 15.) That order also required the California Office of the Attorney General ("OAG") to file, within 30 days from the filing of the Notice of E-Service Waiver, a separate waiver of service of process for any defendant waiving service under

Federal Rule of Civil Procedure 4(d)(1).  (*Id.*)  CDCR returned the Notice of E-Service Waiver indicating that Defendant Wright intends to waive service on October 26, 2022.  (ECF No. 17.)  Therefore, a waiver of service of process from the OAG for Defendant Wright is due on or before November 28, 2022.

On October 22, 2022, counsel for the OAG, by special appearance, filed a motion for administrative relief requesting a twenty-one-day extension of time to file a waiver of service of process for Defendant Wright.  (ECF No. 18.)  Counsel from the OAG states that the extension is necessary to determine whether the OAG will be representing Defendant Wright in this case.  Until that determination is made, the OAG is unable to file a waiver of service of process on behalf of Defendant Wright.  Counsel expects a twenty-one-day extension will allow enough time to determine whether the OAG will be representing Defendant Wright.  (*Id.*)

Having considered the request, the Court finds that there is good cause to grant an extension of time for Defendant Wright to file a waiver of service of process.  Fed. R. Civ. P. 6(b).  The Court further finds that Plaintiff will not be prejudiced by the brief extension.

Accordingly, the motion for an extension of time, (ECF No. 18), is HEREBY GRANTED.  Defendant Wright shall file a waiver of service of process on or before **December 16, 2022**.

IT IS SO ORDERED.

Dated:   **November 27, 2022**          /s/ *Barbara A. McAuliffe*       _
                                         UNITED STATES MAGISTRATE JUDGE