# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL GRAHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>WRIGHT,<br><br>    Defendant. | Case No. 1:22-cv-00504-ADA-BAM (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 24)<br><br>**Responsive Pleading Due: April 26, 2023** |

    Plaintiff Raphael Graham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds against Defendant Wright for violation of the Fourth Amendment for conducting the second strip search with an activated body camera, exposing Plaintiff's genitals on camera, and for retaliation in violation of the First Amendment.

    On October 5, 2022, the Court ordered electronic service on Defendant Wright and directed the California Department of Corrections and Rehabilitation ("CDCR") to file a Notice of E-Service Waiver advising the Court which defendant(s) would be waiving service of process without the need for personal service. (ECF No. 15.) That order also required the California Office of the Attorney General ("OAG") to file, within 30 days from the filing of the Notice of E-Service Waiver, a separate waiver of service of process for any defendant waiving service under Federal Rule of Civil Procedure 4(d)(1). (*Id.*) CDCR returned the Notice of E-Service Waiver indicating that Defendant Wright intended to waive service on October 26, 2022. (ECF No. 17.) An executed waiver of service was filed for Defendant Wright on December 16, 2022. (ECF No. 20.) Pursuant to the Court's October 5, 2022, order finding service of complaint appropriate and directing electronic service, (*see* ECF No. 15), and the Court's December 21, 2022 order granting

1

Defendant's first motion for extension of time, Defendant Wright's answer or other responsive pleading is due on or before March 27, 2023, (ECF No. 22).

Currently before the Court is Defendant's second motion for extension of time to file a responsive pleading, filed March 24, 2023. (ECF No. 24.) Plaintiff has not had the opportunity to respond to the motion, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 203(l).

In support of the motion, counsel for Defendant declares that he was only assigned to this matter 11 days before the due date for the responsive pleading. Counsel has been diligently investigating the circumstances surrounding this claim to prepare a response to the complaint, but requires additional time to do an adequate analysis and prepare a response. Defendant requests a further thirty-day extension of time, and the first extension of time following the change of counsel of record. (ECF No. 24.)

The Court, having considered the request, finds good cause to grant the requested extension of time. Fed. R. Civ. P. 6(b). The Court further finds that Plaintiff will not be prejudiced by the brief extension requested here. <u>Counsel is warned that further requests for extension of this deadline will be subject to a narrow interpretation of what constitutes good cause.</u>

Accordingly, it is HEREBY ORDERED as follows:

1. Defendant's second request for extension of time to file responsive pleading, (ECF No. 24), is GRANTED; and
2. Defendant Wright shall file and serve a response to the complaint on or before **April 26, 2023**.

IT IS SO ORDERED.

Dated:   **March 28, 2023**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE