# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL GRAHAM,<br><br>             Plaintiff,<br><br>     v.<br><br>WRIGHT,<br><br>             Defendant. | Case No. 1:22-cv-00504-ADA-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT-OUT OF POST-SCREENING ALTERNATIVE DISPUTE RESOLUTION PROJECT<br>(ECF No. 30)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING JULY 19, 2023 SETTLEMENT CONFERENCE<br>(ECF No. 29)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER AND CONSENT/DECLINE FORM |

Plaintiff Raphael Graham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Wright for violation of the Fourth Amendment for conducting the second strip search with an activated body camera, exposing Plaintiff's genitals on camera, and for retaliation in violation of the First Amendment.

On April 28, 2023, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 29.)

The Court's order granted Defendant time to investigate and determine whether to opt out of the post-screening ADR project.

On May 22, 2023, Defendant filed a request to opt-out of post-screening alternative dispute resolution project. (ECF No. 30.) After conducting a preliminary investigation, defense counsel in good faith finds that a settlement conference would be a waste of resources at this stage. (*Id.*) Therefore, the stay is lifted, and the July 19, 2023, settlement conference is vacated. This case is now ready to proceed.

If the parties wish to set a settlement conference with the Court at a later date, they should so inform the Court. However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request to opt out of post-screening alternative dispute resolution project, (ECF No. 30), is GRANTED;
2. The stay of this action, (ECF No. 29), is LIFTED;
3. The July 19, 2023 settlement conference is VACATED;
4. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order and a consent/decline form to the parties; and
5. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated:   **May 23, 2023**                             /s/ *Barbara A. McAuliffe*            
                                                                         UNITED STATES MAGISTRATE JUDGE