# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL GRAHAM,<br><br>        Plaintiff,<br><br>   v.<br><br>WRIGHT,<br><br>        Defendant. | Case No.  1:22-cv-00504-KES-BAM (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 43)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Raphael Graham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Wright ("Defendant") for violation of the Fourth Amendment for conducting the second strip search with an activated body camera, exposing Plaintiff's genitals on camera, and for retaliation in violation of the First Amendment.

On April 15, 2024, Defendant filed a notice of request to seal documents pursuant to Local Rule 141, together with a redacted motion for summary judgment.  (ECF Nos. 41, 42.)  The request to seal related to a copy of the body-worn camera footage at issue in this action.  Defendant indicated that the video was served on Plaintiff in the form of a compact disc ("CD"), together with the rest of the motion papers.  (ECF No. 41.)  Plaintiff's oppositions or statements of non-opposition in response to the two motions were due on or before May 9, 2024.

Currently before the Court is Defendant's May 21, 2024 request that Plaintiff's deadline to file an opposition to the motion for summary judgment be extended.  (ECF No. 43.)  Defendant states that, unbeknownst to Defendant, Plaintiff's current institution had updated their computers and the new equipment did not include CD drives.  Despite attempting to serve the video in different formats, the only viable way of presenting the video evidence to Plaintiff was to play it

for him during a videoconference meeting.  After experiencing technical difficulties during a May 16, 2024 video meeting, the meeting was rescheduled for May 23, 2024.  In light of the technology-caused delay, Defendant requests that the Court extend Plaintiff's deadline to oppose the summary judgment motion for 28 days, or until June 17, 2024.  (*Id.*)

Plaintiff has not had the opportunity to file a response, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

Upon review of the request, the Court finds good cause to grant the requested extension of time.  The Court further finds it appropriate to extend the deadline for Plaintiff to file a response to the request to seal, that an extension of thirty days is appropriate under the circumstances, and that no party will be prejudiced by the brief extension granted here.

Accordingly, it is HEREBY ORDERED that:

1. Defendant's motion for an extension of time for Plaintiff to file an opposition to the motion for summary judgment, (ECF No. 43), is GRANTED;
2. Plaintiff's opposition to Defendant's motion for summary judgment, (ECF No. 42), is due within **thirty (30) days** from the date of service of this order;
3. Plaintiff's opposition to Defendant's request to seal documents, (ECF No. 41), is due within **thirty (30) days** from the date of service of this order;
4. Defendant's reply brief(s) to the respective motions, if any, shall be filed within **fourteen (14) days** from the date of filing of Plaintiff's oppositions; and
5. **If Plaintiff fails to file an opposition to Defendant's motion for summary judgment in compliance with this order, this action will be dismissed, with prejudice, for failure to prosecute and failure to comply with a court order.**

IT IS SO ORDERED.

Dated:   **May 24, 2024**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE