# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL GRAHAM,<br><br>            Plaintiff,<br><br>   v.<br><br>WRIGHT,<br><br>            Defendant. | Case No. 1:22-cv-00504-KES-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF Nos. 41, 42)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

      Plaintiff Raphael Graham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Wright ("Defendant") for violation of the Fourth Amendment for conducting the second strip search with an activated body camera, exposing Plaintiff's genitals on camera, and for retaliation in violation of the First Amendment.

      On April 15, 2024, Defendant filed a notice of request to seal documents pursuant to Local Rule 141, together with a redacted motion for summary judgment on the grounds that Defendant did not violate Plaintiff's First or Fourth Amendment rights and Defendant is entitled to qualified immunity. (ECF Nos. 41, 42.) In the motion, Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir. 1988); *Klingele v. Eikenberry*, 849 F.2d 409, 411–12 (9th Cir. 1988). (ECF No. 42-4.) Pursuant to Local Rule 230(l) and Federal

Rule of Civil Procedure 6(d), as well as the Court's May 28, 2024 order granting an extension of time, Plaintiff's opposition(s) or statement(s) of non-opposition to the request to seal and the motion for summary judgment were due on or before July 1, 2024.  (ECF No. 44.)  The deadline for Plaintiff to respond to Defendant's request to seal and motion for summary judgment has expired, and he has not otherwise been in contact with the Court.  Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **twenty-one (21) days** of service of this order why this action should not be dismissed, with prejudice, for failure to prosecute.  Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendant's April 15, 2024 request to seal and motion for summary judgment.  **Plaintiff is warned that if he fails to comply with the Court's order, this matter will be dismissed, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **July 12, 2024**                    /s/ *Barbara A. McAuliffe*                  _
                                             UNITED STATES MAGISTRATE JUDGE